UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DERICO FULLER, | | |
| | Petitioner, | C20-1744 TSZ |
| v. | | ORDER OF TRANSFER |
| ANDREW COOPER, Acting Warden, FCI Sheridan, | | |
| | Respondent. | |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, to which no objections were filed, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This matter is TRANSFERRED to the United States District Court for the District of Oregon.

//

//

ORDER OF TRANSFER
PAGE - 1

(3)     The Clerk is directed to take the necessary steps to transfer the case. The Clerk is further directed to send copies of this Order to Petitioner, to counsel for Respondent, and to Judge Peterson.

DATED this 5th day of February, 2021.

                                                    THOMAS S. ZILLY
                                                    United States District Judge

ORDER OF TRANSFER
PAGE - 2